UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NATIONAL INDEPENDENT PHARMACY COALITION,** | ) ) ) |
| **Plaintiff,** | ) ) ) No. 3:05-1088 |
| **v.** | ) JUDGE ECHOLS ) |
| **AMERICAN PHARMACY COOPERATIVE, INC.,** | ) ) ) ) |
| **Defendant.** | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith,

(1) Defendant's Motion to Transfer (Docket Entry No. 9) is hereby DENIED.

(2) This case is hereby returned to the Magistrate Judge for further case management in accordance with Local Rule 16.01.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE